STATE OF NEW JERSEY v. LOUIS MANNA.

June 26, 1979.  Petitions for certification denied.

STATE OF NEW JERSEY v. LUIS CINTRON MARCANO.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD DU BOIS.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. VANESSA WILLIAMS
CHOLMONDELEY.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. CECIL B. WRIGHT.

June 26, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BUNCH.

June 26, 1979.  Petition for certification denied.